UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AMPHENOL CORPORATION, :
Plaintiff, :
: 3:21cv00102(OAW)
v. :
:
FACTORY MUTUAL INSURANCE COMPANY,:
Defendant. :

## JUDGMENT

This action having come before the Court for consideration of the Defendant's motion for judgment on the pleadings, Plaintiff's motion for judgment on the pleadings, Defendant's motion to stay, and Plaintiff's motion for leave to file before the Honorable Omar A. Williams, United States District Judge; and,

The Court having considered the motions and the full record of the case including applicable principles of law, and having granted the Defendant's motion for judgment on the pleadings, denied Plaintiff's motion for judgment on the pleadings, denied as moot the motion to stay, and denied the motion for leave to file on April 24, 2023, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and entered in favor of the Defendant, and the case is closed.

Dated at Hartford, Connecticut, this 26ʰ day of April 2023.

DINAH MILTON KINNEY, CLERK

EOD: 4/26/23    BY: __/s/ F. Velez_____
                    Frances Velez
                    Deputy Clerk